1  **MICHELLE BETANCOURT**
California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4  Facsimile: (619) 687-2666
michelle_betancourt@fd.org

6  Attorneys for Defendant Mr. Garcia-Gonzalez

8                     UNITED STATES DISTRICT COURT

9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,           ) Case No. 08mj0411-01
   |                                      )
12 |                  Plaintiff,          )
   |                                      )
13 | v.                                   )
   |                                      ) **NOTICE OF APPEARANCE**
14 | **JOSE ANGEL GARCIA-GONZALEZ**,     )
   |                                      )
15 |                  Defendant.          )
   |                                      )

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the
19 above-captioned case.

20                                          Respectfully submitted,

21 Dated: February 15, 2008                 s/ *Michelle Betancourt*
                                            **MICHELLE BETANCOURT**
22                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Defendant
23                                          michelle_betancourt@fd.org