08 FEB 27 PM 4:53

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 0544 BTM

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) |
|  | ) **I N D I C T M E N T** |
| v. | ) |
|  | ) Title 8, U.S.C., |
| JOSE ANGEL GARCIA-GONZALEZ (1), | ) Sec. 1324(a)(2)(B)(ii) - |
| ALFONSO VALENTINO-CASECAS (2); | ) Bringing in Illegal Aliens for |
|  | ) Financial Gain; Title 18, U.S.C., |
|  | ) Sec. 2 - Aiding and Abetting; |
| Defendants. | ) Title 8, U.S.C., |
|  | ) Secs. 1324(a)(1)(A)(ii) and |
|  | ) (v)(II) - Transportation of |
|  | ) Illegal Aliens and Aiding and |
|  | ) Abetting |

The grand jury charges:

Count 1

On or about February 11, 2008, within the Southern District of California, defendants JOSE ANGEL GARCIA-GONZALEZ and ALFONSO VALENTINO-CASECAS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Domingo Matias-Gonzalez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the

//

//

JDM:fer:San Diego
2/22/08

1  purpose of commercial advantage and private financial gain; in
2  violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii),
3  and Title 18, United States Code, Section 2.

### Count 2

On or about February 11, 2008, within the Southern District of California, defendants JOSE ANGEL GARCIA-GONZALEZ and ALFONSO VALENTINO-CASECAS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Domingo Matias-Gonzalez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

### Count 3

On or about February 11, 2008, within the Southern District of California, defendants JOSE ANGEL GARCIA-GONZALEZ and ALFONSO VALENTINO-CASECAS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Andrea Perez-Matias, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//

### Count 4

On or about February 11, 2008, within the Southern District of California, defendants JOSE ANGEL GARCIA-GONZALEZ and ALFONSO VALENTINO-CASECAS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Andrea Perez-Matias, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

### Count 5

On or about February 11, 2008, within the Southern District of California, defendants JOSE ANGEL GARCIA-GONZALEZ and ALFONSO VALENTINO-CASECAS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Josefina Perez-Matias, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//

## Count 6

On or about February 11, 2008, within the Southern District of California, defendants JOSE ANGEL GARCIA-GONZALEZ and ALFONSO VALENTINO-CASECAS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Josefina Perez-Matias, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: February 27, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JEFFREY D. MOORE
Assistant U.S. Attorney