PLEASE RECEIPT AND RETURN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08CR0544 BTM |
| Plaintiff | ) | CRIMINAL NO. 08mj411 |
| | ) | ORDER |
| vs. | ) | |
| Jose Angel Garcia-Gonzalez, et al | ) | RELEASING MATERIAL WITNESS |
| | ) | Booking No. |
| Defendant(s) | ) | |

Anthony J. Battaglia

On order of the United States District/Magistrate Judge, IT IS HEREBY ORDERED that the following named ~~person heretofore~~ committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Domingo Matias-Gonzalez

DATED: 3/10/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
             DUSM

OR
W. SAMUEL HAMRICK, JR.   Clerk
by _____
      Deputy Clerk