UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PLEASE RECEIPT AND RETURN

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           Plaintiff          )<br>                                          )<br>            vs.                        )<br> 1) Jose Angel Garcia-Gonzalez )<br> 2) Alfonso Valentino-Caseras )<br>           Defendant(s)           ) | CRIMINAL NO. 08cr544 BTM<br><br>ORDER<br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge  **ANTHONY J. BATTAGLIA**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / **Case Disposed** / Order of Court).

Andrea Perez-Matias

DATED: 3/19/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
              DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
          Deputy Clerk