UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**PLEASE RECEIPT AND RETURN**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> 1) Jose Angel Garcia-Gonzalez ) <br> 2) Alfonso Valentino-Caseras ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08cr544 BTM <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

ANTHONY J. BATTAGLIA

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Josefina Perez-Matias

DATED: 3/19/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
     DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by
     Deputy Clerk