**MICHELLE BETANCOURT**
California State Bar No. 215035
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: michelle_betancourt@fd.org

Attorneys for Jose Angel Garcia-Gonzalez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| UNITED STATES OF AMERICA, | ) | Case No. 08CR0544-BTM |
|---|---|---|
| Plaintiff, | ) | DATE: April 4, 2008 |
| | ) | TIME: 1:30 p.m. |
| v. | ) | |
| | ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| JOSE ANGEL GARCIA-GONZALEZ, | ) | |
| Defendant. | ) | (1)  COMPEL DISCOVERY/PRESERVE EVIDENCE; |
| | ) | (2)  RELEASE GRAND JURY TRANSCRIPTS; |
| | ) | (3)  COMPEL THE GOVERNMENT TO PROVIDE A BILL OF PARTICULARS; |
| | ) | (4)  SUPPRESS ALL EVIDENCE SEIZED IN VIOLATION OF THE FOURTH AMENDMENT; |
| | ) | (5)  SUPPRESS STATEMENTS; AND |
| | ) | (6)  GRANT LEAVE TO FILE FURTHER MOTIONS. |

TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
        ALESSANDRA P. SERANO**,** ASSISTANT UNITED STATES ATTORNEY:

        PLEASE TAKE NOTICE that on April 4, 2008, at 1:30 p.m., or as soon thereafter as counsel may

be heard, defendant, Jose Angel Garcia-Gonzalez, by and through his attorneys, Michelle Betancourt and

Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

/ / /

/ / /

1 **MOTIONS**

2      Defendant, Jose Angel Garcia-Gonzalez, by and through his attorneys, Michelle Betancourt and

3  Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal

4  Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

5      (1)      Compel Discovery/preserve Evidence;

6      (2)      Release Grand Jury Transcripts;

7      (3)      Compel the Government to Provide a Bill of Particulars;

8      (4)      Suppress All Evidence Seized in Violation of the Fourth Amendment;

9      (5)      Suppress Statements; and

10     (6)      Grant Leave to File Further Motions.

11     These motions are based upon the instant motions and notice of motions, the attached statement of

12  facts and memorandum of points and authorities, the files and records in the above-captioned matter, and

13  any and all other materials that may come to this Court's attention prior to or during the hearing of these

14  motions.

15                                              Respectfully submitted,

16

17  Dated: April 3, 2008                        */s/ Michelle Betancourt*
                                                **MICHELLE BETANCOURT**
18                                              Federal Defenders of San Diego, Inc.
                                                Attorneys for Mr. Garcia-Gonzalez
19                                              Michelle_Betancourt@fd.org

20

21

22

23

24

25

26

27

28