**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Garcia-Gonzalez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr0544-BTM |
| Plaintiff, | ) | |
| v. | ) | PROOF OF SERVICE |
| **JOSE ANGEL GARCIA-GONZALEZ,** | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    Alessandra Serrano
    Assistant United States Attorney
    alessandra.p.serrano@usdoj.gov

Dated: April 3, 2008         */s/ Michelle Betancourt*
                                            MICHELLE BETANCOURT
                                            Federal Defenders
                                            225 Broadway, Suite 900
                                            San Diego, CA 92101-5030
                                            (619) 234-8467 (tel)
                                            (619) 687-2666 (fax)
                                            e-mail: michelle_betancourt@fd.org