**MICHELLE BETANCOURT**
California State Bar No. 215035
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Garcia-Gonzalez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr0544-BTM |
| Plaintiff, ) | |
| v. ) | **JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| **JOSE ANGEL GARCIA-GONZALEZ**, ) | |
| Defendant. ) | |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Michelle Betancourt, and Federal Defenders of San Diego, counsel for Mr. Jose Angel Garcia-Gonzalez, along with Assistant United States Attorney Alessandra Serano, that the sentencing hearing currently set for June 20, 2008, be rescheduled to June 27, 2008 at 11:00 a.m.

Dated: June 19, 2008         *s/ Michelle Betancourt*
                             **MICHELLE BETANCOURT**
                             Federal Defenders of San Diego, Inc.
                             Attorneys for Mr. Garcia-Gonzalez

Dated: June 19, 2008         *s/ Alessandra Serano*
                             **ALESSANDRA SERANO**
                             Assistant United State Attorney