08 JUN 23 PM 12: 47

BY: ECL          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08cr0544-BTM |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| JOSE ANGEL GARCIA-GONZALEZ, | ) | ORDER TO CONTINUE |
| Defendant. | ) ) ) | |

**IT IS HEREBY ORDERED** that the joint motion (docket no. 37 ) requesting the continuance of the ~~sentencing~~ motion hearing currently set for June 20, 2008 and continued to June 27, 2008, at 11:00 a.m., be **GRANTED.**

**SO ORDERED.**

Dated: _June 23, 2008_

_[signature]_
**HONORABLE BARRY T. MOSKOWITZ**
United States District Court Judge